# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THOMAS A. PECK, II, | Case No. 3:08-cv-319 |
| Plaintiff, | |
| v. | Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| GENE A. KELLY, et al., | **AGREED ENTRY OF PARTIAL DISMISSAL** |
| Defendants. | |

## AGREED ENTRY OF PARTIAL DISMISSAL

Upon motion of Plaintiff Thomas A. Peck, II and Defendants Bryan A. Beller and Travis Russell, and agreement of all parties, all claims of Plaintiff against Defendants Beller and Russell are hereby dismissed with prejudice.

All other claims against the remaining defendants remain pending and active.

IT IS SO ORDERED.

4-20-09
Date

~~Judge Rose~~

Approved by:

| CLARK, PERDUE & LIST | ISAAC, BRANT, LEDMAN & TEETOR |
|---|---|
| /s/ Dale K. Perdue | /s/ J. Stephen Teetor |
| Dale K. Perdue (0009653) | J. Stephen Teetor, Esq. (00023355) |
| 471 East Broad Street, Suite 1550 | 250 East Broad Street, Suite 900 |
| Columbus, Ohio 43215 | Columbus, OH 43215-3742 |
| Telephone: (614) 460-1601 | Telephone: (614) 460-1601 |
| Facsimile: (614) 469-1100 | Facsimile: (614) 365-9516 |
| Email: dperdue@clarkperdue.com | Email: steveteetor@issacbrant.com |
| Attorneys for Plaintiff | Attorneys for Defendants Gene A. Kelly, Sheriff, Bryan A. Beller and Travis Russell |

Doc:370888.1

REMINGER ATTORNEYS AT LAW


/s/ James J. Brudny, Jr.
James J. Brudny, Jr.      (0007458)
Capital Square Office Building
65 E. State Street, 4th Floor
Columbus, Ohio 43215
Telephone: (614) 228-1311
Facsimile (614) 232-2410
Email: jbrudny@reminger.com
Attorneys for Defendant Elevator
Services, Inc.